B1 (Official Form 1)(1/08)

| United States Bankruptcy Court<br>**Central District of California** | **Voluntary Petition** |
| --- | --- |

| Name of Debtor (if individual, enter Last, First, Middle):<br>**NGTV, a California corporation** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
| --- | --- |
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**95-4809307** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**9944 Santa Monica Boulevard**<br>**Beverly Hills, CA**<br><div align="right">ZIP Code<br>**90212-1607**</div> | Street Address of Joint Debtor (No. and Street, City, and State):<br><div align="right">ZIP Code</div> |
| County of Residence or of the Principal Place of Business:<br>**Los Angeles** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br><div align="right">ZIP Code</div> | Mailing Address of Joint Debtor (if different from street address):<br><div align="right">ZIP Code</div> |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

| Type of Debtor<br>(Form of Organization)<br>(Check one box) | Nature of Business<br>(Check one box) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box) |
| --- | --- | --- |
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>■ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities,<br>check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined<br>in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>■ Other ☐*See Rider | ☐ Chapter 7<br>☐ Chapter 9<br>■ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13<br><br>☐ Chapter 15 Petition for Recognition<br>of a Foreign Main Proceeding<br>☐ Chapter 15 Petition for Recognition<br>of a Foreign Nonmain Proceeding |
| | Tax-Exempt Entity<br>(Check box, if applicable)<br>☐ Debtor is a tax-exempt organization<br>under Title 26 of the United States<br>Code (the Internal Revenue Code). | Nature of Debts<br>(Check one box)<br>☐ Debts are primarily consumer debts,    ■ Debts are primarily<br>defined in 11 U.S.C. §101(8) as          business debts.<br>"incurred by an individual primarily for<br>a personal, family, or household purpose." |

| Filing Fee (Check one box) | Chapter 11 Debtors |
| --- | --- |
| ■ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must<br>attach signed application for the court's consideration certifying that the debtor<br>is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must<br>attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed<br>to insiders or affiliates) are less than $2,190,000.<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more<br>classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

| Statistical/Administrative Information | THIS SPACE IS FOR COURT USE ONLY |
| --- | --- |
| ■ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid,<br>there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors

| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 1-<br>49 | 50-<br>99 | 100-<br>199 | 200-<br>999 | 1,000-<br>5,000 | 5,001-<br>10,000 | 10,001-<br>25,000 | 25,001-<br>50,000 | 50,001-<br>100,000 | OVER<br>100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

B1 (Official Form 1)(1/08)

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **NGTV, a California corporation** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed: **- None -** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| | (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X _____<br>    Signature of Attorney for Debtor(s)        (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(1/08)                                                                                                          Page 3

| Voluntary Petition<br><br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**NGTV, a California corporation** |
|---|---|

<div align="center">Signatures</div>

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

**Signature of Attorney***

X _____
Signature of Attorney for Debtor(s)

**Sandford L. Frey 117058**
Printed Name of Attorney for Debtor(s)

**Creim Macias Koenig & Frey LLP**
Firm Name

**633 W. Fifth Street, 51st Floor**
**Los Angeles, CA 90071**

_____
Address

**(213) 614-1944  Fax: (213) 614-1961**
Telephone Number

**February 25, 2010          117058**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of Non-Attorney Bankruptcy Petition Preparer**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.).

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

**Jay Vir**
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

**February 25, 2010**
Date

## RIDER TO PETITION

THE DEBTOR IS FILING FOR CHAPTER 11 PROTECTION PRIMARILY TO IMPLEMENT A
REORGANIZATION PLAN WITH THE COOPERATION AND CONSENT OF ITS SENIOR
SECURED LENDERS.

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Central District of California

In re   **NGTV, a California corporation**

Debtor(s)

Case No. _____
Chapter   **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Almiron Finance Corp Centro Lido Torre C Piso Caracas, VENEZUELA 13 Ofc 133 | Almiron Finance Corp Centro Lido Torre C Piso Caracas, VENEZUELA 13 Ofc 133 | | | 401,555.00 |
| Bowne Bronwen Price 2600 Mission St Suite 20G San Marino, CA 91108 | Bowne Bronwen Price 2600 Mission St Suite 20G San Marino, CA 91108 | | | 275,000.00 |
| BTR/Salida PO Box 1234GT Queensgate House, South Church St Geogetown, Grand Cayman, Cayman Isl | BTR/Salida PO Box 1234GT Queensgate House, South Church St Geogetown, Grand Cayman, Cayman Isl | | | 240,478.00 |
| Can Gap 10 Bellair Street Suite 509 Toronto Ontario M5R 2G9 CANADA | Can Gap 10 Bellair Street Suite 509 Toronto Ontario M5R 2G9 CANADA | | | 444,740.00 |
| Denton Business Inc Av Laguna de Arestinga #513 Cumbres de Caracas, VENEZUELA | Denton Business Inc Av Laguna de Arestinga #513 Cumbres de Caracas, VENEZUELA | | | 321,244.00 |
| DLC Holdings 921 W 10th Street Sioux Falls, SD 57104 | DLC Holdings 921 W 10th Street Sioux Falls, SD 57104 | | | 342,086.00 |
| Front Street Capital Mangement Standard Securities Capital Corp 24 Hazelton Ave Toronto, Ontario M5R2E2 CANADA | Front Street Capital Mangement Standard Securities Capital Corp 24 Hazelton Ave Toronto, Ontario M5R2E2 CANADA | | | 247,073.00 |
| Ganderland 848 Brickel Avenue Suite 950 Miami, FL | Ganderland 848 Brickel Avenue Suite 950 Miami, FL | | | 803,109.00 |

B4 (Official Form 4) (12/07) - Cont.

In re   **NGTV, a California corporation** _____    Case No. _____

Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
### (Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Gene Simmons<br>2650 Benedict Canyon<br>Beverly Hills, CA 90210 | Gene Simmons<br>2650 Benedict Canyon<br>Beverly Hills, CA 90210 | | | 1,882,553.00 |
| Hudson Capital Partners Corp<br>208 East 51st Street Ste 390<br>New York, NY 10022 | Hudson Capital Partners Corp<br>208 East 51st Street Ste 390<br>New York, NY 10022 | | | 321,444.00 |
| Iroquois Master Fund Ltd<br>641 Lexington Avenue 26th Floor<br>New York, NY 10022 | Iroquois Master Fund Ltd<br>641 Lexington Avenue 26th Floor<br>New York, NY 10022 | | | 401,555.00 |
| Jeff Hollander<br>3985 NW 53rd Street<br>Boca Raton, FL 33496 | Jeff Hollander<br>3985 NW 53rd Street<br>Boca Raton, FL 33496 | | | 240,933.00 |
| Lower East Capital Partners<br>10 Bellair St Suite 509<br>Toronto, Ontario M5R2G9<br>CANADA | Lower East Capital Partners<br>10 Bellair St Suite 509<br>Toronto, Ontario M5R2G9<br>CANADA | | | 529,206.00 |
| Luis Henrique Ball<br>4580 NW 23 Court<br>Boca Raton, FL 33431 | Luis Henrique Ball<br>4580 NW 23 Court<br>Boca Raton, FL 33431 | | | 240,933.00 |
| Nathaniel Kramer<br>32E 64th Street Apt 9W<br>New York, NY 10021 | Nathaniel Kramer<br>32E 64th Street Apt 9W<br>New York, NY 10021 | | | 240,933.00 |
| Omicron Master Trust<br>650 Fifth Avenue 24th Floor<br>New York, NY 10019 | Omicron Master Trust<br>650 Fifth Avenue 24th Floor<br>New York, NY 10019 | | | 401,555.00 |
| Richard Abramson<br>1900 Sunset Plaza Drive<br>Los Angeles, CA 90069 | Richard Abramson<br>1900 Sunset Plaza Drive<br>Los Angeles, CA 90069 | | | 604,970.00 |
| Richardson & Patel<br>10900 Wilshire Blvd #500<br>Los Angeles, CA 90024 | Richardson & Patel<br>10900 Wilshire Blvd #500<br>Los Angeles, CA 90024 | | | 650,098.00 |
| Scott A Ziegler<br>425 E 58th Street 10H<br>New York, NY 10022 | Scott A Ziegler<br>425 E 58th Street 10H<br>New York, NY 10022 | | | 321,244.00 |
| Verde Trading Group<br>5550 Glades Road Suite 414<br>Boca Raton, FL 33431 | Verde Trading Group<br>5550 Glades Road Suite 414<br>Boca Raton, FL 33431 | | | 240,933.00 |

B4 (Official Form 4) (12/07) - Cont.
In re   **NGTV, a California corporation**                                    Case No.   _____
                        Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
### (Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date **February 25, 2010**                        Signature _____
                                                        **Jay Vir**
                                                        **President**

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

# STATEMENT OF RELATED CASES
## INFORMATION REQUIRED BY LOCAL BANKRUPTCY RULE 1015-2
## UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1. A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such of prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)
   **None.**

2. (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)
   **None.**

3. (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)
   **None.**

4. (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)
   **None.**

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at  **Beverly Hills**                          , California.

                                                                **Jay Vir**
                                                                *Debtor*

Dated        **February 25, 2010**

                                                                *Joint Debtor*

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

*Revised May 2004*

Software Copyright (c) 1996-2004 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

F 1015-2.1

Best Case Bankruptcy

NGTV, a California corporation
9944 Santa Monica Boulevard
Beverly Hills, CA 90212-1607


Sandford L. Frey
Creim Macias Koenig & Frey LLP
633 W. Fifth Street, 51st Floor
Los Angeles, CA 90071


Office of the U.S. Trustee
725 S. Figueroa Street
Suite 2600
Los Angeles, CA  90017

1 800 Conference

ADP

Aegon
500 Yonge St
Toronto, Ontario
MZN7J8 CANADA,

Akamai
PO Box 26590
New York, NY 10087-6590

Al Cafaro
100 Fifth Ave 11th Floor
New York, NY 10022

Alfonso Campalans
15 Hiedehade Place
Singapore CHINA
587864,

Allan Brown
1124 El Retrio Way
Beverly Hills, CA 90210

Almiron Finance Corp
Centro Lido Torre C Piso
Caracas, VENEZUELA
13 Ofc 133,

American Insurance
Law Offices of Victor L Gammill
17972 Sky Park Circle Suite B
Irvine, CA 92614


American International Special
Michael Weiss / Lerner & Weiss APC
21550 Oxnard St Suite 1060
Woodland Hills, CA 91367


AMEX
Law Office of Peter Jaffe LLC
2624 Catamount Creek Rd
Mc Coy, CO 80463


Amul Patel


Andan Ltd
Av Francisco Miranda Torre Rina
Caracas VENEZUELA


Andrew DeFrancesco
5 Bayview Wood
Toronto, Ontario
M4N1R CANADA,


Angelo J Mancuso III
2300 Fairmont Avenue
Atlantic City, NJ 08401


Arrowhead

Avram Kipper

AWE/BMR Marketing
Thomas Zide/Zide & Obiecunas LLP
14123 Victory Blvd
Van Nuys, CA 91401

Barnett & Co

Barry Shemaria
4500 Ashburn Walk
Marietta, GA 30068

Bear Contractors
231 S Westlake Ave
Los Angeles, CA 90057

Benjie

Blue Cross of California

Blue Shield
PO Box 3008
Lodi, CA 95241-3008

Bowne
Bronwen Price
2600 Mission St Suite 20G
San Marino, CA 91108


Bragman Nyman Cafarelli


Brant Cali
401 Bergen Street
Union, NJ 07083


Brightcove
McCarthy Burgess & Wolff
26000 Cannon Rd
Bedford, OH 44146


BTR/Salida
PO Box 1234GT
Queensgate House, South Church St
Geogetown, Grand Cayman, Cayman Isl,


Can Gap
10 Bellair Street Suite 509
Toronto Ontario
M5R 2G9 CANADA,


Capital Growth Equity Fund
225 NE Mizner Blvd Ste 750
Boca Raton, FL 33432


Caroline Haney
1245 McClellan Dr #115
Los Angeles, CA 90025

Caroline Haney
9944 Santa Monica Blvd
Beverly Hills, CA 90212


CGF Advance


Chris


Christopher D Jennings
154 South Layton Dr
Los Angeles, CA 90049


Chromatic
Joseph P Graziano
18757 Burbank Blvd
Tarzana, CA 91356


CIT Technology


City of Beverly Hills
455 N Rexford Dr Rm 240
Beverly Hills, CA 90210-4817


Clara Sola
Santa Fe 348 Apt 6A
Acasuso Provincia, Buenos Aires
ARGENTINA,

Clockwork
269 S Beverly Dr # 844
Beverly Hills, CA 90212


CMI Communications


Colin


Crescent Heights - 9944


CUSIP Service Bureau


Cynopsis Media


David Carl Lustig III
15 The Glenada
Roslyn, NY 11576


David Lopez
4 7A Avenida Los Paios
Grandes Edificio Donavilla # 518
Caracas VENEZUELA,

DCI Master LDC
420 Lexington Ave Ste 450
New York, NY 10170


Delaware Charter c/o Richard
1005 N Calvert Street
Baltimore, MD 21202


Dell Commercial Credit


Dell Financial Services


Dennis O'Connor
7 York Road
Wayland, MA 01778


Denton Business Inc
Av Laguna de Arestinga
#513 Cumbres de
Caracas, VENEZUELA,


Dewayne Roxborough


DLC Holdings
921 W 10th Street
Sioux Falls, SD 57104

Dr Robin L Smith
930 15th Avenue 8H
New York, NY 10021


E Robert Fraser Jr
120 Alexandria Blvd Ste # 18
Oviedo, FL 32765


Earnco MPPP
2560 W Main Street Ste 200
Littleton, CO 80120


EDD


Edward


Edward A Haymes
7108 Queenferry Circle
Boca Raton, FL 33496


Elizabeth


Emily

Eric Stanton
14160 Beresford Road
Beverly Hills, CA 90212


Fed Ex


Firemans Fund
Cisco
PO Box 801088
Houston, TX 77280-1088


First Comp
PO Box 30020
Omaha, NE 68103-1120


Forum Fund
140 East 45th St Suite 14A
New York, NY 10017


Frank and Antonietta Madia
2973 Bainbridge Avenue
Bronx, NY 10458


Front Street Capital Mangement
Standard Securities Capital Corp
24 Hazelton Ave
Toronto, Ontario M5R2E2 CANADA,


Gabriel

Ganderland
848 Brickel Avenue Suite 950
Miami, FL

Gene Simmons
2650 Benedict Canyon
Beverly Hills, CA 90210

Gerald and Seena Sperling
17899 Aberdeen Way
Boca Raton, FL 33496

Greg Suess

Harrison S Mullin
1225 N Rockwood Drive
Cincinnati, OH 45208

Hasti Marzban
17350 Sunset Blvd # 205-C
Pacific Palisades, CA 90272

Hogan & Hartson

Homerun Media

Howard Kaye
5224 Princeton Way
Boca Raton, FL 33496


Hudson Capital Partners Corp
208 East 51st Street Ste 390
New York, NY 10022


HuiLan


Humana
RMS 77 Hartland St Suite 401
PO Box 28
East Hartford, CT 06128-0431


IBM


Ingrids


Iraj Hamidi
17350 Sunset Blvd # 205-C
Pacific Palisades, CA 90272


Iroquois Master Fund Ltd
641 Lexington Avenue 26th Floor
New York, NY 10022

IRS
Kansas City, MO 64999


Ismael Obregon


Jack


Jack Grumet
7681 Fenwick Place
Boca Raton, FL 33496


Jag Multi Investment
150 East 52nd Street, 24th Floor
New York, NY 10022


Jay Marcus


Jay Vir
340 S Canon Dr
Beverly Hills, CA 90212


Jay Vir
9944 Santa Monica Blvd
Beverly Hills, CA 90212

Jeff Green
26 Wellington Street East
Toronto, Ontario
M5E 1S2 CANADA,

Jeff Hollander
3985 NW 53rd Street
Boca Raton, FL 33496

Jerome H Levitt
17938 Foxborough Lane
Boca Raton, FL 33496

Jesse C

Jesse D

Jesus E

Joel B and Victoria Miller
6821 Lions Head Lane
Boca Raton, FL 33496

John Burns
c/o Epstein Becker & Green
1925 Century Park East Ste 500
Los Angeles, CA 90067

John G Korman
8 Penny Lane
Scarsdale, NY 10583


John L. Giglio
388 Newton Ave
Norwalk, CT 06851


Joloto
LFG Holdings Level 23
100 William St
Sydney NSW 2011,


Jon Gaiser


Jonathan Tepper
30 Montclair
Irvine, CA 92602


Joshua Duncan


Katherine Baldwin
113 Windward Court
Panama City Beach, FL 32413


Kathy R Kelly
491 S Race Street
Denver, CO 80209

Ken Stroscher
2428 California Ave
Santa Monica, CA 90403


Kenneth Phillip


Kleinberg Lopez Lange Cuddy
2040 Century Park East Suite 3180
Los Angeles, CA 90067-3205


Kourosh Taj
9944 Santa Monica Blvd
Beverly Hills, CA 90212


Kouroush Taj
501 Palisades Dr #215
Pacific Palisades, CA 90272


Leonard A. Arye
Cove Island
Mamaroneck, NY 10543


Los Angeles County Tax Collector
225 North Hill St Rm 122
Los Angeles, CA 90012


Lower East Capital Partners
10 Bellair St Suite 509
Toronto, Ontario M5R2G9
CANADA,

Luis Henrique Ball
4580 NW 23 Court
Boca Raton, FL 33431


LW Securities
Winterbotham Place
PO Box CB
Nassau, Bahamas,


Mandarin Oriental


Manifest Funding Services


Maria


Mark and Anne Bilawsky
653 Lockhart Way
Boynton Beach, FL 33437


Market Cap Partners
10312 NW 69th Manor
Pompano Beach, FL 33076


Martin Hodas
271 - 19E Grand Central Parkway
Floral Park, NY 11005

Metlife
PO Box 804466
Kansas City, MO 64180-4466


Michael


Michael Herman
PO Box 60400
Colorado Springs, CO 80960


Mike Green
PO Box 8410
Van Nuys, CA 91409-8410


Milton Podolsky Revocable Liv
17763 Deauville Lane
Boca Raton, FL 33496


Mitchel J Sassower
110-11 Queens Blvd
Forest Hills, NY 11375


Moe Engler Revocable Trust
607 Via Rosa
Boca Raton, FL 33433


Natasha Hamidi
6006 Ernest Ave
Los Angeles, CA 90034

Nathaniel Kramer
32E 64th Street Apt 9W
New York, NY 10021

Nicholas

Nicole Ann

Nicole M

Nimish

Norman Patten

Oishii Creative

Omicron Master Trust
650 Fifth Avenue 24th Floor
New York, NY 10019

Pacific Bancnote Company


Paul Allen
Roos & Roos Attorneys at Law
16000 Ventura Blvd 5th Floor
Encino, CA 91436


Paul Zarcadoolas
97 Island Drive South
Boynton Beach, FL 33435


Pittman Plumbing


PR Newswire
David W Novack LLC
195 Route 46 West Suite 11
Totowa, NJ 07512


Ralph Wondra
2301 Valdivia Way
Burlingame, CA 94010


RBC Dain Rauscher c/o Robin
510 Marquette Avenue South
Minneapolis, MN 55402


Rebel Media
8 Wingfield Avenue
Wilmslow Cheshire
SK9 6AL ENGLAND,

Ressac
207 E Los Feliz Blvd
Glendale, CA 91205


RFJM Partners LLC
685 Fifth Avenue 9th Fl
New York, NY 10022


Richard Abramson
1900 Sunset Plaza Drive
Los Angeles, CA 90069


Richard and Luanne Fortner
2898 NE 27th Street
Fort Lauderdale, FL 33306


Richard David
4161 DuQuesne Ave
Culver City, CA 90232


Richardson & Patel
10900 Wilshire Blvd #500
Los Angeles, CA 90024


Robert A Engler
4176 Briarcliff Circle
Boca Raton, FL 33496


Robert F Converse
1882 Ala Noe Place
Honolulu, HI 96819

Robert Judkins


Robert Weidenbaum
1300 Coral Way # 308
Miami, FL 33145


Savers Note / Intertainment M
30 West Beaver Creek Rd Unit 13
Richmond Hill Ontario
L4B3K1 CANADA,


Scott A Ziegler
425 E 58th Street 10H
New York, NY 10022


Scott Bachmann
9944 Beverly Hills
Beverly Hills, CA 90212


Scott Marsh


Scott Schneider
7975 Yorkshire Court
Boca Raton, FL 33496


Shirin Hamidi
17350 Sunset Blvd # 205-C
Pacific Palisades, CA 90272

Speakeasy
PO Box 34654
Seattle, WA 98124-1654


Squar Milner


Staples Credit Card
Client Services
3451 Harry Truman Blvd
Saint Charles, MO 63301-4047


Stephen J Jesmok III
1846 N 4th Street
Milwaukee, WI 53212


Steven and Felice Sadicario
5917 NW 125th Avenue
Pompano Beach, FL 33076


Success Channel
17/F Nan Fung Comm Centre
19 Lam Lok
Kowloon Bay HONG KONG,


Sylvia A Naiditch
6670 Bristol Lake South
Delray Beach, FL 33446


T-Mobile

Tania

Tania Hamidi
17350 Sunset Blvd # 205-C
Pacific Palisades, CA 90272

The Quill
4836 Brecksville Rd
PO Box 539
Richfield, OH 44286

The Runnels Family Trust dtd
1999 Avenue of the Stars #2530
Los Angeles, CA 90067

Timothy Swain & Co

Timothy W Schulz PA

Tina Newkirk & Clement Saraf
4525 Adams Street
Carlsbad, CA 92008

Trade & Industries Finance Co

Verde Trading Group
5550 Glades Road Suite 414
Boca Raton, FL 33431


Vital Communications
6457 E Westwood St
Moorpark, CA 93021


Wells Fargo of California


William F Thompson
107A Roscoe Blvd North
Ponte Vedra Beach, FL 32082


Yosemite
226 South Avenue 54
Los Angeles, CA 90057


Zach Green
369 S Doheny Dr # 292
Beverly Hills, CA 90211